# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Sebatu Sesay-Sheriff | Debtor | CHAPTER 13 |
| MidFirst Bank | Movant | |
| vs. | | NO. 15-15001 ELF |
| Sebatu Sesay-Sheriff | Debtor | |
| William C. Miller Esq. | Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this  8th  day of  May , 2017, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided 11 U.S.C. Section 362, is modified with respect to the subject premises located at 2940 Elbridge Street, Philadelphia, PA 19149 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Sebatu Sesay-Sheriff
2940 Elbridge Street
Philadelphia, PA 19149

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532