```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:                          : CHAPTER 13
                                     :
     Sebatu Sesay-Sheriff            : No. 15-15001-ELF
```

## PRAECIPE TO WITHDRAW

Pursuant to the above-captioned matter, kindly withdraw the Motion to Modify Plan After Confirmation, filed on September 28, 2017.

```
                              /s/ David M. Offen
                              David M. Offen, Esquire
                              Curtis Center, 1st Fl., Ste. 160 W
                              601 Walnut Street
                              Philadelphia, PA  19106
                              215-625-9600
Dated 11/7/17
```