**KML LAW GROUP, P.C.**
**THE BNY INDEPENDENCE CENTER**
**701 MARKET STREET SUITE– 5000**
**PHILADELPHIA, PA 19106**
[www.kmllawgroup.com](www.kmllawgroup.com)

April 22, 2019

David M. Offen
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

RE:   **NOTICE OF DEFAULT UNDER COURT APPROVED STIPULATION**
        MidFirst Bank vs. Sebatu Sesay-Sheriff
        Case No. 15-15001 ELF
        Last 4 Digits of Loan No. 8972

Dear Sir or Madam:

   Please be advised that your client is in default under the terms of the Stipulation that was approved by the Bankruptcy Court. Under the terms of the Stipulation, your client must cure the default within fifteen (15) days of this Notice.

- Regular mortgage payments for the months of January 1, 2019 to April 1, 2019, in the amount of $823.20 per month;
- Less Debtor Suspense credit in the amount of $352.19;

**The total due is $2,940.61 and must be received on or before May 7, 2019.**

- The monthly payment for May 2019, is/will be due on the 1st day of the month and is not included in the figure listed above.

**NOTICE TO BORROWER:** Please call **your attorney** with any questions. We are **not permitted** under the Rules of Professional Responsibility to speak with you directly.

   As set forth in the Stipulation, only **certified funds, money order, or a check from an attorney trust account will be accepted to cure the default.** We will not accept cash or personal checks. If you have proof that payments were made, fax that proof to our office at **215-627-7734**. If payment is not made, we will file a Certification with the Court and request relief from the Bankruptcy stay. Due to heightened security in our office complex, you MUST call our office at **215-627-1322** and schedule an appointment if you intend to pay the amount in person, please reference our file number 149884BK. Payment can and should be mailed to Creditor directly.

                                    KML Law Group, P.C.
                                    **/s/ Rebecca A. Solarz, Esquire**
                                    Rebecca A. Solarz, Esquire
                                    Attorney for Movant
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA  19106
                                    215-627-1322

cc:     Sebatu Sesay-Sheriff