**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sebatu Sesay-Sheriff

                     Debtor(s)

MidFirst Bank
               v.
Sebatu Sesay-Sheriff
              and
William C. Miller Esq.
                   Trustee

Chapter 13

NO. 15-15001 ELF

## ORDER

AND NOW, this 24th day of June , 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on September 13, 2017 it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 is modified to allow MidFirst Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2940 Elbridge Street Philadelphia, PA 19149.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

Sebatu Sesay-Sheriff
2940 Elbridge Street
Philadelphia, PA 19149

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532