United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Sebatu Sesay-Sheriff
    Debtor

Case No. 15-15001-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: SaraR     Page 1 of 1     Date Rcvd: Jun 24, 2019
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2019.
db         +Sebatu Sesay-Sheriff,   2940 Elbridge Street,   Philadelphia, PA 19149-3026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/PDF: rmscedi@recoverycorp.com Jun 25 2019 03:16:54    Orion,
       c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
       Miami, FL  33131-1605
                                                                                                                                                        TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2019 at the address(es) listed below:
         DAVID M. OFFEN    on behalf of Debtor Sebatu  Sesay-Sheriff  dmo160west@gmail.com,
         davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
         DENISE ELIZABETH CARLON    on behalf of Creditor    MidFirst Bank  bkgroup@kmllawgroup.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank  bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank  bkgroup@kmllawgroup.com
         THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank  tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                       TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sebatu Sesay-Sheriff <br>                 Debtor(s) <br><br> MidFirst Bank <br>          v. <br> Sebatu Sesay-Sheriff <br>         and <br> William C. Miller Esq. <br>                Trustee | Chapter 13 <br><br><br> NO. 15-15001 ELF |

**ORDER**

AND NOW, this 24th day of June, 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on September 13, 2017 it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 is modified to allow MidFirst Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2940 Elbridge Street Philadelphia, PA 19149.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

Sebatu Sesay-Sheriff
2940 Elbridge Street
Philadelphia, PA 19149

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532