IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| Sebatu Sesay-Sheriff | : | |
| | : | No. 15-15001-ELF |
| Debtor | : | |

O R D E R

AND NOW, this 6th day of August, 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE Eric L. Frank
UNITED STATES BANKRUPTCY JUDGE

cc:

William C Miller, Trustee

David M. Offen, Esquire

Sebatu Sesay-Sheriff

PAYROLL CONTROLLER
Mercy Health System
One West Elm Street
Conshohocken, PA 19428