```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
```

In re:                                                        Case No. 15-15001-elf
Sebatu Sesay-Sheriff                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: dlv               Page 1 of 2              Date Rcvd: Feb 12, 2020
                              Form ID: pdf900         Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2020.
```
db             +Sebatu Sesay-Sheriff,    2940 Elbridge Street,    Philadelphia, PA 19149-3026
13650163        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
13562912       +Ars Account Resolution,    1643 Harrison Pkwy Ste 1,    Sunrise, FL 33323-2857
13562914       +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13562917       +KML Law Group,    Suite 5000 - Mellon Independence Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
13626348       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13562918       +Midland Mtg/Midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
13562920       +National Recovery,    4201 Crums Mill Rd,    Harrisburg, PA 17112-2893
13562922       +PGW,    1800 North 9th Street,    Philadelphia, PA 19122-2021
13567081       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Feb 13 2020 03:07:33     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 13 2020 03:07:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 13 2020 03:07:31     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: rmscedi@recoverycorp.com Feb 13 2020 03:15:20     Orion,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13562913       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Feb 13 2020 03:08:01     Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
13653837        E-mail/Text: megan.harper@phila.gov Feb 13 2020 03:07:33     Water Revenue Bureau,
                 City of Philadelphia,    Law Department Tax Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
13562915       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 13 2020 03:07:56     Credit Coll,
                 Po Box 9134,    Needham, MA 02494-9134
13562916       +E-mail/Text: bankruptcynotices@dcicollect.com Feb 13 2020 03:07:50     Diversified Consultant,
                 10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
13562919       +E-mail/Text: bankruptcy@sccompanies.com Feb 13 2020 03:08:00     Midnight Velvet,
                 1112 7th Ave,    Monroe, WI 53566-1364
13562921       +E-mail/Text: Bankruptcies@nragroup.com Feb 13 2020 03:07:59     National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
13568452        E-mail/PDF: rmscedi@recoverycorp.com Feb 13 2020 03:13:38     Orion,
                 c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13616579        E-mail/PDF: rmscedi@recoverycorp.com Feb 13 2020 03:13:39     Orion Portfolio Services LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14114687       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2020 03:26:28
                 Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
13562923       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2020 03:14:28
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13562926        E-mail/Text: megan.harper@phila.gov Feb 13 2020 03:07:33     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 15
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13562911        Ars
13562924*      +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13562925      ##+Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2230
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: dlv                Page 2 of 2            Date Rcvd: Feb 12, 2020
                              Form ID: pdf900          Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Sebatu  Sesay-Sheriff dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
SEBATU SESAY-SHERIFF

Chapter 13

Debtor

Bankruptcy No. 15-15001-ELF

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: Feb. 12, 2020

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
DAVID OFFEN ESQUIRE  
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:  
SEBATU SESAY-SHERIFF

2940 ELBRIDGE STREET

PHILADELPHIA, PA 19149-